**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Adrienne C. Haygood,<br><br>                             Plaintiff,<br><br>-against-<br><br>Mastercard International Incorporated,<br><br>                             Defendant. | 1:25-cv-03548 (AT) (SDA)<br><br>AMENDED ORDER<br><u>REFERRING CASE TO MEDIATION</u> |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that this *pro se* case is referred for mediation to the Court-annexed Mediation Program.

It is further Ordered that the Clerk of Court shall locate pro bono counsel to represent *pro se* Plaintiff Adrienne C. Haygood at the mediation. The time to assign a mediator under Local Rule 83.9 and the Court's Mediation Program Procedures will be deferred until pro bono counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. Pro bono counsel will represent Plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

It is further Ordered that the mediation should be scheduled for a date that is mutually convenient for all parties and the mediator within 60 days of when a mediator is assigned. The parties shall participate in the mediation in good faith. No later than seven days after the mediation is complete, the parties shall submit a joint status letter advising the Court of the outcome of the mediation.

It is further Ordered that any objection by Plaintiff to the appointment of pro bono counsel to represent her in the mediation must be filed within 14 days of this Order.

**SO ORDERED.**

Dated:  New York, New York
        October 30, 2025

_____
STEWART D. AARON
United States Magistrate Judge