

295 Madison Avenue, 12th Floor
New York, New York 10017
**P:** (929) 487-6100
mwhlawgroup.com

Milwaukee, WI
West Des Moines, IA
Chicago, IL
Madison, WI
Indianapolis, IN
New York, NY

**Email: emery.harlan@mwhlawgroup.com**
**Direct dial: 414.509.7485**

March 10, 2026

**VIA ECF**

Hon. Stewart D. Aaron,
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

ENDORSEMENT: Both proposed Orders referenced herein were entered today as Orders of the Court. The Clerk of Court is respectfully requested to close this motion. SO ORDERED.
Dated: March 11, 2026

RE:     *Adrienne C. Haygood vs. Mastercard International Incorporated*
        USDC SD NY Case No. 25CV03548

Dear Magistrate Aaron,

The parties have entered into stipulations relative to production of electronically stored information and confidentiality. To that extent, a Stipulation and Proposed Protective Order **(Dkt. 40)** and Stipulation Governing Production of Electronically Stored Information and Order **(Dkt. 41)** have been filed with the Court. It is respectfully requested that the Court accept these stipulations of the parties and enter the agreements as the orders of the Court.

Sincerely,

*s/ Emery Harlan*

Emery Harlan