**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Adrienne C. Haygood,** | |
| **Plaintiff,** | **1:25-cv-03548 (AT) (SDA)** |
| **-against-** | **ORDER** |
| **Mastercard International Incorporated,** | |
| **Defendant.** | |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Defendant's Letter Motion, filed on March 26, 2027, at ECF No. 48. The response is now past due. Opposition papers shall be filed no later than Wednesday, April 8, 2026. If they are not filed, the Court will decide the Letter Motion based upon its content, as well as the included exhibits.

**SO ORDERED.**

Dated:     New York, New York
           April 1, 2026

_____
STEWART D. AARON
United States Magistrate Judge