**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Adrienne C. Haygood,

                                    Plaintiff,

                    -against-

Mastercard International Incorporated,

                                    Defendant.

**1:25-cv-03548 (AT) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

IT IS HEREBY ORDERED that, no later than Monday, May 4, 2026, the parties shall file a joint letter to the ECF docket setting forth the status of discovery and whether or not Plaintiff has executed the Medical Authorization and employment consent forms, pursuant to the Court's Order of April 9, 2026 (ECF No. 62).

**SO ORDERED.**

Dated:        New York, New York
              April 27, 2026

_____
STEWART D. AARON
United States Magistrate Judge